UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>DOVER DEVELOPMENTS,<br><br>                    Defendant. | NO: CV-12-658-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80172-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS WITH PREJUDICE |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendant Dover Developments, BKC ECF No. 39, and DC ECF No. 13. Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS WITH PREJUDICE ~ 1

1  Order of Dismissal in the Bankruptcy Court on September 17, 2013, and no

2  objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy

3  Court's Report and Recommendation, **ECF No. 13**.  Defendant Dover

4  Developments is the sole defendant named in this cause; therefore, this case is

5  hereby **dismissed with prejudice** with each party to bear their own attorneys' fees

6  and costs.  Any pending motions are denied as moot; any pending court dates are

7  stricken.

8      **IT IS SO ORDERED**.

9  The District Court Clerk is hereby directed to enter this Order and to provide

10  copies to counsel and to Judge Patricia C. Williams, and **CLOSE** this case.

11      **DATED** this 18th day of October 2013.

12

13         *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
14        Chief United States District Court Judge

15

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS WITH PREJUDICE ~ 2